United States District Court
Southern District of Texas
**ENTERED**
June 23, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

DANIEL GENE WALKER,           §
(SPN # 02298462)              §
                             §
        *Plaintiff*,           §
                             §
vs.                          §    CIVIL ACTION NO. H-26-4722
                             §
HARRIS HEALTH CENTER,         §
                             §
        *Defendants*.          §

## MEMORANDUM OPINION AND ORDER

On June 8, 2026, the Court received a complaint from Harris County Jail inmate Daniel Gene Walker, (SPN # 02298462), under 42 U.S.C. § 1983, in which he sued the Harris Health Center, the Harris County Sheriff, the City of Houston, and the Harris County "Clinical Technician Division." *See Walker v. Harris Health, et al.*, Civil No. 4:26-cv-4509 (S.D. Tex.) at Dkt. 1. As to Harris Health, Walker alleged that its employees were spying on inmates, fabricating documents, and engaging in medical fraud and malpractice. *Id.* at Dkt. 1, pp. 3–4. As relief, he sought money damages from all defendants. *Id.* at Dkt. 1, p. 4.

On June 15, 2026, the Court received second § 1983 complaint from Walker, in which he again identifies Harris Health as the defendant and again seeks money damages as relief for alleged medical fraud and medical malpractice. *See Walker v.*

*Harris Health,* Civil No. 26-cv-4722 (S.D. Tex.), at Dkt. 1.

Because the present case duplicates another previously filed proceeding, the Court dismisses this case as a duplicate without prejudice to consideration of Walker's claims against Harris Health in Civil No. 26-cv-4509.

Accordingly, the Court **ORDERS** as follows:

1. Walker's complaint, (Dkt. 1), is **DISMISSED** without prejudice to consideration of his claims in Civil No. 26-cv-4509.

2. This action is **CLOSED** as improvidently opened as a duplicate case.

3. The Clerk must transfer all pleadings and motions filed in this action and refile them in Civil No. 26-cv-4509.

4. Any pending motions are **DENIED** without prejudice to being reconsidered in Civil No. 26-cv-4509.

The Clerk will provide a copy of this Order of Dismissal to the plaintiff.

SIGNED at Houston, Texas on _____ June 23 _____, 2026.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE

2/2